**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————

**No. 10-6068**

————

ALBERT FITZGERALD BROCKMAN-EL,

        Petitioner - Appellant,

     v.

NORTH CAROLINA DEPARTMENT OF CORRECTIONS; ALVIN W. KELLER, Secretary of North Carolina Department of Corrections,

        Respondents - Appellees.

————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, Jr., District Judge. (1:09-cv-00633-WO-LPA)

————

Submitted:  March 30, 2010      Decided:  April 6, 2010

————

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

————

Dismissed by unpublished per curiam opinion.

————

Albert Fitzgerald Brockman-El, Appellant Pro Se.

————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Fitzgerald Brockman-El seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Brockman-El has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2